IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JAMES HULETT,

    Plaintiff,

VS.　　　　　　　　　　　　　　　　　　　　NO. 04-2759-Ma

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

## ORDER GRANTING MOTION TO ALTER OR AMEND

Before the court is defendant's June 1, 2005 motion to alter or amend this court's May 13, 2005 order. The court notes that the order was filed on May 16, 2005. For good cause shown, the motion is granted and the order of May 16, 2005 is amended to reflect that the Appeals Council did not agree to remand this case to a different Administrative Law Judge. In all other respects the May 16, 2005 order is affirmed.

It is so ORDERED this 2d day of June, 2005.

                         SAMUEL H. MAYS, JR.
                         UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-3-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-02759 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Chris A. Cornaghie
LAW OFFICE OF CHRIS CORNAGHIE
1407 Union Ave.
Ste. 1203
Memphis, TN 38104

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT