IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 19 PM 3: 35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JAMES HULETT,

    Plaintiff,

VS.                                    NO. 04-2759-MaP

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

---

ORDER GRANTING MOTION FOR ATTORNEY FEES

---

    Before the court is plaintiff's June 15, 2005, unopposed petition for attorney fees in this matter. For good cause shown, the motion is granted. Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, attorney fees are awarded to plaintiff's counsel, Chris A. Cornaghie, in the amount of $3,793.20, and, pursuant to 28 U.S.C. §1920, $150.00 from the Judgment Fund administered by the United States Treasury shall be paid for the filing fee. These fees and costs shall be paid directly to plaintiff's counsel.

    It is so ORDERED this 18th day of August, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-23-05

⑱

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in
case 2:04-CV-02759 was distributed by fax, mail, or direct printing on
August 23, 2005 to the parties listed.

---

Chris A. Cornaghie
LAW OFFICE OF CHRIS CORNAGHIE
1407 Union Ave.
Ste. 1203
Memphis, TN 38104

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT